**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **TPP TECH LLC,**<br><br>　　　　Plaintiff**,**<br><br>　　v.<br><br>**SATO AMERICA, LLC,**<br><br>　　　　Defendant. | **CIVIL ACTION NO: 1:19-cv-00501-RGA**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff TPP Tech LLC ("Plaintiff") and Defendant Sato America, LLC ("Sato" or "Defendant") hereby stipulate to the dismissal of the action with each party to bear its own fees and costs.

All claims of infringement that Plaintiff raised in this action are dismissed WITH PREJUDICE. This dismissal further precludes Plaintiff from asserting claims of the Patents-in-Suit[1] or any related patents in any future action against Defendant.

This dismissal is WITHOUT PREJUDICE to any claims or counterclaims that Defendant raised or could have raised.

September 25, 2019

OF COUNSEL:
Neal G. Massand
Hao Ni
Timothy Wang
Stevenson Moore
Ni, Wang & Massand, PLLC
8140 Walnut Hill Ln., Ste. 310
Dallas, TX 75231
(972) 331-4600
nmassand@nilawfirm.com

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
800 N. West Street, Third Floor
Wilmington, DE  19801
(302) 999-1540
stamoulis@swdelaw.com

*ATTORNEYS FOR PLAINTIFF
TPP TECH LLC*

---

[1] "Patents-in-Suit" refers to U.S. Patent Nos. 7,295,224 and 7,825,943.

hni@nilawfirm.com
twang@nilawfirm.com
smoore@nilawfirm.com

| | |
|---|---|
| OF COUNSEL: | */s/ Stephen J. Kraftschik* |
| Liane M. Peterson | Jack B. Blumenfeld (#1014) |
| Bradley Roush | Stephen J. Kraftschik (#5623) |
| FOLEY & LARDNER LLP | 1201 North Market Street |
| 3000 K Street, N.W., Suite 600 | P.O. Box 1347 |
| Washington, DC 20007-5109 | Wilmington, DE 19899 |
| Tel: (202) 672-5300 | Tel: (302) 658-9200 |
| | jblumenfeld@mnat.com |
| | skraftschik@mnat.com |

*ATTORNEYS FOR DEFENDANT SATO AMERICA, LLC*

**SO ORDERED**, this _____ day of September, 2019.

_____
United States District Court Judge
Richard G. Andrews

2